THE BROOKLYN PUBLIC LIBRARY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Wednesday, November 9, 1927. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

IDA BROWN, Appellant, v. LOTTIE ROTH and FREDERICK ROTH, Respondents.— Appeal dismissed, with costs, the record disclosing that an appeal was not taken from the judgment. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

LOUIS J. CANTONI, Respondent, v. STEPHEN CANTONI and MARY CIRINGIONE, Appellants, and Others, Defendants.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment modified so as to provide for a dismissal of the complaint against all defendants as to the first and second causes of action, and in its entirety as to defendants Mary Ciringione, Edith G. Molinelli, Eugene Molinelli and Frank Molinelli, and as so modified affirmed, without costs. We are of opinion that the language employed was too indefinite to create a trust, and that the subsequent acts of the parties were inconsistent with the claim that a trust resulted. Manning, Young, Kapper and Hagarty, JJ., concur.

JOHN E. COLLINS, Appellant, v. DAVID SEROTA and Others, Respondents.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

CROWN BUILDING MATERIAL COMPANY, INC., Appellant, v. VINCENT ROSSANO and Others, Respondents.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper and Lazansky, JJ., concur.